UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBB HALL,

                Plaintiff,

-vs-                                       Case No. 6:05-cv-557-Orl-28JGG

McKENZIE TANK LINES, INC.,

                Defendant.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and to Dismiss Case (Doc. No. 41) filed May 11, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 11, 2006 (Doc. No. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and to Dismiss Case (Doc. No. 41) is **GRANTED**. The Clerk of Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __23__ day of May, 2006.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party